UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X  ORDER OF DISMISSAL

STEPHEN FLANAGAN, Trustee of the                CV-05-5095 (DRH)
General Building Laborers' Local 66
Pension Fund, et. al.

      -against-

WEB CONSTRUCTION CORP., and
JOHN TAVEIRA
-------------------------------------------------------------X

     The Court having been notified by letter dated July 20, 2007 that counsel for Plaintiffs
has insufficient documentation to continue the claim against defendants, and no further
activity having occurred since July 2007,

     IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen
should plaintiffs obtain sufficient information to continue the action. Upon written
communication with the Court, the case may be reopened.

     Clerk is directed to close this case.


     SO ORDERED.

                                                 /s/
                                          DENIS R. HURLEY
                                     United States District Judge

Dated: Central Islip, New York
       March 31, 2009